# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **JESSE COLIN NORTH,** <br><br> **Defendant.** | **CR 26-04-H-BMM** <br><br><br> **<u>AMENDED ORDER</u>** |

Upon Petition of Jeffrey K. Starnes, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of This Court issue a Writ of Habeas Corpus (for prosecution) directing the Administrator of ASPC Yuma, Cheyenne Unit and the United States Marshal for the District of Montana, to produce Jesse Colin North before the Court at the Magistrate Judge's Courtroom in Great Falls, Montana, at **10:30 a.m. on Tuesday, July 28, 2026**, and Jesse Colin North is to stay in federal custody until the conclusion of this case. Jesse Colin North shall then be returned to the custody of the Administrator of ASPC Yuma, Cheyenne Unit.

DATED this 25th day of June 2026.


John Johnston
United States Magistrate Judge